**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| MONICA BRUNTY, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>            v.<br><br>OPTIMA HEALTH PLAN, and SENTARA HEALTH PLANS, INC.,<br><br>    Defendants. | **Civil Action No.** 2:19-cv-255-RAJ-DEM |

**UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT UNDER THE FAIR LABOR STANDARDS ACT, FOR APPOINTMENT OF SETTLEMENT ADMINISTRATOR, FOR APPROVAL OF SERVICE AWARDS, AND FOR APPROVAL OF ATTORNEYS' FEES AND COSTS**

Plaintiffs Monica Brunty, Pamela Langley, Kirby Baughn, Beth-Anee Fretz, Meagan Painter, Diana Perry, and Ashley Roby, respectfully request that the Court enter an Order, in the form attached hereto as Exhibit A, approving the Parties' Joint Stipulation of Settlement ("Settlement Agreement" or "Agreement") as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act. Defendants do not oppose this Motion and consent to entry of the Order.

As demonstrated in the accompanying Supporting Memorandum of Law, the Parties' settlement constitutes the resolution of a *bona fide* dispute between the parties and is the result of arm's-length negotiations, conducted by experienced counsel for all Parties, after litigating this case for eight months and attending mediation with an experienced mediator. The terms of the settlement are reasonable, appropriate, and fair to all Parties.

As a result, Plaintiffs respectfully request that the Court approve the Settlement and permit the Parties to effectuate its terms using the forms and procedures set forth in their Agreement. Plaintiffs also ask, consistent with the Agreement, that the Court appoint Analytics Consulting LLC as the third-party Administrator and approve the following payments: (i) Service Award to Named Plaintiff Brunty in the amount of $5,000; (ii) Service Awards to Plaintiffs Pamela Langley, Kirby Baughn, Beth-Anee Fretz, Meagan Painter, Diana Perry, and Ashley Roby in the amount of $1,000 each, (iii) Attorneys' Fees equal to $33^{1/}{}_3$% of the Settlement; (iv) Plaintiffs' Litigation Expenses in an amount of $4,980.54; and (v) settlement administration fees to the Administrator in an amount of $5,482.

For these reasons and those stated in the accompanying Memorandum, the Plaintiffs request that the Court approve the Parties' Settlement Agreement.

Dated:  April 9, 2020                     Respectfully submitted,


/s/Zev Antell

Harris D. Butler, III (VSB No. 26483)
Zev H. Antell (VSB No. 74634)
Paul M. Falabella (VSB No. 81199)
BUTLER ROYALS, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Tel: (804) 648-4848
harris.butler@butlerroyals.com
zev.antell@butlerroyals.com
paul.falabella@butlerroyals.com

Douglas M. Werman
Maureen A. Salas
WERMAN SALAS P.C.
77 W. Washington, Suite 1402
Chicago, IL 60602
Tel: (312) 419-1008
Dwerman@flsalaw.com

msalas@flsalaw.com

Jack Siegel
SIEGEL LAW GROUP PLLC
4925 Greenville Avenue, Suite 600
Dallas, Texas 75206
Tel: (214) 790-4454
jack@siegellawgroup.biz

Travis Hedgpeth
THE HEDGPETH LAW FIRM, PC
3050 Post Oak Bldv., Suite 510
Houston, Texas 77056
Tel: (281) 572-0727
travis@hedgpethlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 9th day of April, 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

      David A. Kushner   (VSB No. 71173)
      William M. Furr   (VSB No. 29554)
      James B. Wood   (VSB No. 86401)
      Cameron A. Bonney   (VSB No. 90574)
      WILLCOX & SAVAGE, P.C.
      440 Monticello Avenue, Suite 2200
      Norfolk, VA 23510
      Tel: 757-628-5500
      Fax: 757-628-5566
      Email:  dkushner@wilsav.com
              wfurr@wilsav.com
              jbwood@wilsav.com
              cbonney@wilsav.com

*Attorneys for Defendants*

      */s/ Zev Antell*
      Zev H. Antell  (VSB No. 74634)
      BUTLER ROYALS PLC
      140 Virginia Street, Suite 302
      Richmond, Virginia 23219
      Tel: 804-648-4848
      Fax:  804-237-0413
      Email:  zev.antell@butlerroyals.com